IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| SWAREZ K. GARLINGTON, * | |
| Petitioner * | |
| vs. * | CASE NO. 4:07-CV-5 (CDL) |
| BRUCE CHATMAN, Warden, * | |
| Respondent * | |
| * | |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 9, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 24th day of August, 2007.

                                                s/CLAY D. LAND
                                                  CLAY D. LAND
                                   UNITED STATES DISTRICT JUDGE